**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01075-CR

**FRANCISCO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-35119-S**

## ORDER

Before the Court is Deputy Official Court Reporter LaToya Young-Martinez's February 1, 2019 request for an extension of time to file the reporter's record. The Court **GRANTS** the request and extends the time to file the reporter's record until February 11, 2019. If Ms. Young-Martinez fails to file the record by February 11, 2019, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; LaToya Young-Martinez, deputy official court reporter, 282nd Judicial District Court; and to counsel for all parties.

/s/      CORY L. CARLYLE
JUSTICE